UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
CHANDRA SMITH

                       Plaintiff,

              v.

NY 29 WEST LLC

                      Defendant.
---------------------------------------------------------------------------x

**Docket No. 1:23-cv-10270 (AS) (JLC)**

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: July 2, 2024
       New York, New York

| **THE PARKER LAW GROUP P.C.** | **THE YUN LAW FIRM, LLC** |
|---|---|
| By: _____ | By: _____ |
| Glen H. Parker, Esq. | Elena Yun, Esq. |
| Attorneys for Plaintiff | Attorneys for the Defendant |
| 28 Valley Road | 30 Wall Street 8th Floor |
| Montclair, New Jersey 07043 | New York, NY 10005 |
| Tel 347-292-9042 | Tel: (212) 859-3522 |
| ghp@parkerlawusa.com | Fax: (212) 898-1228 |
| | elena@yunlawllc.com |